FILED

MAY 2 7 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 1:26-cr-42 |
| v. | ) |
| | ) JUDGES: McDonough /Steger |
| CLIFTON STEWART WARD | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 3, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, CLIFTON STEWART WARD, did knowingly and willfully transmit in interstate commerce a communication, namely, a telephonic voicemail message left on the office line of the Honorable Bill Lee, Governor of the State of Tennessee, and that communication contained a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

The Grand Jury further charges that on or about May 4, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, CLIFTON STEWART WARD, did threaten to assault a United States official, namely, United States Senator Marsha Blackburn, a member of the United States Senate, with the intent to impede, intimidate, and interfere with Senator Blackburn while she was engaged in the performance of her official duties, and with the intent to retaliate against Senator

Blackburn on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

A TRUE BILL:

FRANCIS M. HAMILTON III,
United States Attorney

By: _____
RUSS SWAFFORD
Assistant United States Attorney