126cr42

# CRIMINAL CASE COVER SHEET

By: ☑INDICTMENT ☐SUPERSEDING Case Number: _____
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20

USA V. **CLIFTON S. WARD** _____

☑Felony ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)* ☐Petty Offense

                                                  Immigration Case

☐Defendant is being added to existing criminal case ☐ Zone A ☐ Zone B ☐ 11(c)(1)(C)
☐Charges/Counts Added

Name of Assigned AUSA: **RUSS SWAFFORD** _____

Matter Sealed: ☐YES ☑NO Place of Offense: **RHEA CO.** _____

☐Interpreter Required Language: _____

Issue: ☐WARRANT ☐SUMMONS ☑WRIT (Motion to be filed)

Arresting Agency: ☐DEA ☐ATF ☐USMS ☐FBI ☑Other: **HSI** _____

Current Trial Date (if any): _____ before Judge _____

☐Criminal Complaint Filed Case Number: _____

☐Defendant on Supervised Release Case Number: _____

Related Case/Attorney:

Case Number _____ Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐Federal Defender ☐CJA ☐Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant **2** _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 115a1B | Threatening a federal official | Y | | |
| 2 | 18 U.S.C. § 875c | Interstate communication of threats | Y | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature **/s/ Russ Swafford** _____